812

## Commonwealth v. Clark, Appellant.

Submitted April 10, 1972. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Cromartie, Appellant.

Submitted April 10, 1972. *John C. Reed,* and *Routman, Moore, Goldstone & Valentino,* for appellant; *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Daniels, Appellant.

Argued April 12, 1972. *Joseph M. George,* for appellant; *Lawrence D. McDaniel,* Assistant District Attorney, with him *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.